UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 21-03647 |
| Lisabeth Hawks | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | Kane |
| Debtor(s) | ) | |

## MINUTE ORDER MODIFYING PLAN

This matter coming to be heard at the Debtor's continued plan confirmation hearing, the Court orders that the Debtor's plan is modified as follows:

The first box is checked in section 5.1, and the plan provides that allowed nonpriority unsecured claims that are not separately classified will be paid no less than $25,472.00.

Enter:  /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: July 23, 2021

**Prepared by:**
Justin R. Storer (6293889)
Law Office of William J. Factor, Ltd..
105 W. Madison St., Suite 1500
Chicago, IL 60602