UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                            Chapter 13
                                                       Case No. 21-03647

Lisabeth E. Hawks

Debtor

NOTICE OF MOTION

       PLEASE TAKE NOTICE that June 3, 2022 on at 9:30 a.m, I will appear before the Honorable Janet S. Baer or any judge sitting in that judge's place and present the motion of Community Loan Servicing, LLC for Relief from the Automatic Stay, a copy of which is attached.

       **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

       **To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

       **To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

       **Meeting ID and password.** The meeting ID for this hearing is 160 731 2971 and the password is 587656. The meeting ID and password can also be found on the judge's page on the court's web site.

       **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. lf no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Date: May 20, 2022

                                                                               /s/ Michael Dimand
                                                                              Michael Dimand, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2022 a copy of the foregoing Notice of Motion and Motion for Relief from Stay was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Law Office of William J. Factor, Ltd. o/b/o Debtor
aholtschlag@wfactorlaw.com

Glenn Stearns
courtnotices@chi13.com

Patrick S. Layng
U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

    I further certify that on May 20, 2022, a copy of the foregoing Notice of Motion and Motion for Relief from Stay was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Lisabeth E. Hawks
273 Nicole Dr., Unit E
South Elgin, IL 60177

                                    */s/ Michael Dimand*
                                    Michael Dimand, Esq.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re:<br><br>Lisabeth E. Hawks<br><br>DEBTOR(S). | CASE NO. 21-03647<br>CHAPTER 13 |

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## (REAL PROPERTY)

Community Loan Servicing, LLC ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtor(s) having an address of 273 Nicole Dr, South Elgin, IL 60177 (the "Property"). In support of this Motion, Movant respectfully states:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor(s) on March 22, 2021.

2. Pursuant to a certain Note and Mortgage, all obligations of the Debtor(s) under and with respect to the Note and the Mortgage are secured by the Property. Copies of the Note, Mortgage, and Assignment of Mortgage (if applicable) and a Payment History are attached hereto.

3. As of May 9, 2022, the outstanding amount due is $141,329.54.

4. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested herein, Movant has also incurred $1,050.00 in legal fees and $188.00 in costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

5. The debtor is due post-petition for the September 1, 2021 through November 1, 2021 payment of $1,089.51 a default of 3 months totaling $3,268.53 and the December 1, 2021 through May 1, 2022 payment of $1,089.24 of 6 months totaling $6,535.44 minus the suspense balance of $218.02 for a total of $9,585.95.

6. The estimated market value of the Property is $208,872.00. The basis for such valuation is Debtor's current valued owned per Schedules.

7. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $141,329.54.

8. Cause exists for relief from the automatic stay for the following reasons:

A. Movant's interest in the Property is not adequately protected.

B. Movant's interest in the collateral is not protected by an adequate equity cushion.

C. The fair market value of the Property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.

D. Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor has no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Terminating the automatic stay of 11 U.S.C. § 362(a) to allow Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.
2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.
4. For such other relief as the Court deems proper.

Respectfully submitted:

/s/ Michael Dimand
Michael Dimand
Attorney for Creditor

Wirbicki Law Group, LLC
Attorney for Creditor
33 West Monroe Street, Suite 1540
Chicago, IL 60603
Phone: 855-891-6777
Fax: 312-360-9461
W21-0086

IMPORTANT NOTICE

Community Loan Servicing, LLC ("Community") is firmly committed to helping its borrowers who are experiencing a hardship. Depending on the circumstances of your case, Community Loan Servicing, LLC may be amenable to consensual resolution of this matter, with Court approval. Potential options for resolution may include, among other things, temporary forbearance of payments, payment restructuring and/or adjustment of your payment amount. If you (or, if applicable, any co-debtors) have experienced a hardship, please contact us (or have your counsel contact us, if you are represented) promptly to discuss possible options.

**THIS COMMUNICATION IS FROM A "DEBT COLLECTOR." (15USC 1692a)**