## POST PETITION PAYMENT HISTORY

| TRANSACTION DATE | AMOUNT RECEIVED | AMOUNT DUE | PAYMENT APPLIED TO | TRANSACTION DESCRIPTION | Amount Recieved Minus Amount due | TO/FROM SUSPENSE | SUSPENSE BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | BK Filed 3/22/2021 | | $ - | $ - |
| 4/2/2021 | $ 1,068.02 | $ 1,062.79 | 4/1/2021 | | $ 5.23 | $ 5.23 | $ 5.23 |
| 5/20/2021 | $ 1,062.79 | $ 1,062.79 | 5/1/2021 | | $ - | $ - | $ 5.23 |
| 9/15/2021 | $ 1,051.16 | | | | $ 1,051.16 | $ 1,051.16 | $ 1,056.39 |
| 10/21/2021 | $ 1,250.00 | $ 1,062.79 | 6/1/2021 | | $ 187.21 | $ 187.21 | $ 1,243.60 |
| 10/21/2021 | | $ 1,062.79 | 7/1/2021 | Payment Applied From Suspense | $ (1,062.79) | $ (1,062.79) | $ 180.81 |
| 4/4/2022 | $ 1,100.00 | $ 1,062.79 | 8/1/2021 | | $ 37.21 | $ 37.21 | $ 218.02 |

| Delinquent Payments | | | Days Delinquent: | 247 |
|---|---|---|---|---|
| Month Due | P&I Due | Escrow Due | | Total Due |
| 9/1/2021 | $ 560.18 | $ 529.33 | | $ 1,089.51 |
| 10/1/2021 | $ 560.18 | $ 529.33 | | $ 1,089.51 |
| 11/1/2021 | $ 560.18 | $ 529.33 | | $ 1,089.51 |
| 12/1/2021 | $ 560.18 | $ 529.06 | | $ 1,089.24 |
| 1/1/2022 | $ 560.18 | $ 529.06 | | $ 1,089.24 |
| 2/1/2022 | $ 560.18 | $ 529.06 | | $ 1,089.24 |
| 3/1/2022 | $ 560.18 | $ 529.06 | | $ 1,089.24 |
| 4/1/2022 | $ 560.18 | $ 529.06 | | $ 1,089.24 |
| 5/1/2022 | $ 560.18 | $ 529.06 | | $ 1,089.24 |
| Delinquency | | | | $ 9,803.97 |
| Less Suspense | | | | $ (218.02) |
| Total Delinqunecy | | | | $ 9,585.95 |