UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 21-03647
Lisabeth E. Hawks, )
 )  Chapter: 13
 )  Honorable Janet S. Baer
 )
 )  Kane
 )
Debtor(s) )

## ORDER MODIFYING CONFIRMED PLAN

This matter coming to be heard on the Debtor's motion, due notice having been given all to parties entitled thereto,

IT IS HEREBY ORDERED THAT:

1. The Debtor's plan is modified to provide that, in section 3.1, the arrearage to be paid to Community Loan Servicing is increased to $17,117.74, to be paid at monthly payments of $600.00 per month.

2. The Debtor's plan is modified to reduce the guaranteed dividend to allowed general unsecured creditors to $22,036.05.

3. The Debtor's monthly plan payment to the trustee is increased to $980.00 per month for the remaining duration of the plan. This payment is not subject to modification by the Debtor unless the Debtor certifies that she has experienced a material change in her ongoing income or expenses.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: September 30, 2022

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602