UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | CASE NO.: 21-03647 |
| | CHAPTER 13 |
| Lisabeth E. Hawks, | |
| Debtor. | |
| _____/ | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| MCLP Asset Company, Inc. | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to Transferee should be sent: | Court Claim # (if known): 8 |
| Selene Finance LP | Amount of Claim: $135,245.58 |
| Attn: BK Dept | Date Claim Filed: 6/1/2021 |
| 3501 Olympus Blvd, Suite 500 | |
| Dallas, TX 75019 | |
| | |
| Phone: | Phone: 1-888-480-2432 |
| Last Four Digits of Acct #: 2806 | Last Four Digits of Acct #: 0388 |

Name and Address where Transferee payments
should be sent (if different from above):
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone:
Last Four Digits of Acct #: 2806

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| By:  /s/ Shellie Labell | Date:  December 27, 2022 |
| Transferee/Transferee's Agent | |

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 28, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LISABETH E. HAWKS
273 NICOLE DR., UNIT E
SOUTH ELGIN, IL 60177

And via electronic mail to:

LAW OFFICE OF WILLIAM J. FACTOR, LTD.
105 W. MADISON, SUITE 1500
CHICAGO, IL 60602

GLENN B STEARNS
801 WARRENVILLE ROAD SUITE 650
LISLE, IL 60532

PATRICK S LAYNG
OFFICE OF THE U.S. TRUSTEE, REGION 11
219 S DEARBORN ST
ROOM 873
CHICAGO, IL 60604

By: /s/ Angela Gill