**Fill in this information to identify the case:**

Debtor 1       Lisabeth E. Hawks

Debtor 2

United States Bankruptcy Court for the: Northern District of Illinois

Case number :   21-03647

# Form 4100R

## Response to Notice of Final Cure Payment                                10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** MCLP ASSET COMPANY, INC.        **Court claim no.** (if known): **8**

**Last 4 digits** of any number you use to identify the debtor's account: **2806**

**Property Address:** 273 Nicole Drive
Unit E
South Elgin, IL 60177

### Part : 2 Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:       $

### Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) Is due on:

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                          (a) $ 0.00

b. Total fees, charges, expenses, escrow, and costs outstanding: Post Petition Fees Notice        +(b) $ 950.00

c. **Total**. Add lines a and b.                                    (c) $ **950.00**

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:        01/01/2024

| Debtor 1 | Lisabeth E. Hawks | | | Case number (if known) | 21-03647 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

/s/Jason Seals                                                              Date  12/07/2023
Signature

| Print: | Jason Seals | Title | Authorized Agent for Creditor |
|---|---|---|---|
| Company | Padgett Law Group | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 6267 Old Water Oak Road, Suite 203 |
|---|---|
| | Tallahassee FL, 32312 |
| Contact phone | (850) 422-2520    Email    plginquiries@padgettlawgroup.com |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE: LISABETH E. HAWKS　　　　　　　　　　　　　　　　No: 21-03647
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13
　　　　　　Debtor(s)
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the __7th__ day of December, 2023.

/S/ Jason Seals

JASON SEALS
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
plginquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

# SERVICE LIST (CASE NO. 21-03647)

Debtor
Lisabeth E. Hawks
273 Nicole Dr., Unit E
South Elgin, IL 60177

Attorney
Ariane Holtschlag
Law Office of William J. Factor, Ltd.
105 W. Madison, Suite 1500
Chicago, IL 60602

Justin R. Storer
Law Office of William J. Factor, Ltd.
105 W. Madison St.
Suite 1500
Chicago, IL 60602

Trustee
Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532

US Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Fill in this information to identify the case:

Debtor 1  LISABETH E HAWKS

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: __Northern District of Illinois

Case number  21-03647

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Community Loan Servicing,LLC fkaBayview

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account:  0  8  5  6

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 4/20/21, 6/1/21 Plan Review, POC | (5) | $ 950.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: _____ | | (11) | $ _____ |
| 12. Other. Specify: _____ | | (12) | $ _____ |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2      Notice of Postpetition Mortgage Fees, Expenses, and Charges      page 1

Debtor 1  **LISABETH E HAWKS**
         First Name   Middle Name   Last Name

Case number (*if known*) **21-03647**

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✘ **Michael Dimand**
 Signature

Date  **6/3/2021**

Print:   **Michael Dimand**
        First Name   Middle Name   Last Name

Title  **Attorney**

Company  **wirbicki law group llc**

Address  **33 W Monroe Street, Suite 1540**
         Number        Street
         **chicago**                        **IL**      **60603**
         City                               State    ZIP Code

Contact phone  **312-360-9455**

Email  **mdimand@wirbickilaw.c**

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 2

# Certificate of Service

I here by certify that a copy of the foregoing Notice of Post petition fees was served on the parties listed below by postage prepaid U.S. Mail, Frist Class or served electronically through the Court's ECF Systems at the e-mail address registered with the Court on this Date:

Date: June 24, 2021

Chapter 13 Trustee: Glenn B Stearns

Trustee Address:
Trustee Email: Stearns_g@lisle13.com

Debtor's Counsel Name: Ariane Holtschlag

Debtor's Counsel Address:

Debtor's Counsel Email: aholtschlag@wfactorlaw.com,

Debtor 1 Name: Lisabeth Hawks

Debtor 2 Name:

Debtor's Mailing Address: 273 Nicole Drive, South Elgin, IL 60177

Debtor Email:

/s/ Michael Dimand

The debtor or trustee may challenge whether the fees, expenses and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.